NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD E. DAHLBERG AND HEATHER H. DAHLBERG,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5081

---

Appeal from the United States Court of Federal Claims in case no. 01-CV-720, Judge Susan G. Braden.

---

## ON MOTION

---

## ORDER

Upon consideration of the appellants' unopposed motion for leave to file its response out of time,

IT IS ORDERED THAT:

The motion is granted.

RICHARD DAHLBERG v. US                                    2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s19